**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6366**

_____

UNITED STATES OF AMERICA,

                                                       Plaintiff - Appellee,

        versus

GARLAND CALHOUN, a/k/a Chinaman, a/k/a The
People's Republic of China,

                                               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CR-99-664)

_____

Submitted: May 29, 2003           Decided: June 4, 2003

_____

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Garland Calhoun, Appellant Pro Se. Miller Williams Shealy, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garland Calhoun appeals the district court's order declaring his motion to compel the court to review his presentence report moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Calhoun</u>, No. CR-99-664 (D.S.C. Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>